764 A.2d 1002

IN THE MATTER OF FELICE F. MISCHEL,
AN ATTORNEY AT LAW.

January 24, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **FELICE F. MISCHEL of NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1980, and who thereafter was temporarily suspended from the practice of law pursuant to *R.* 1:20-13(b) by Order of this Court dated March 11, 1999, and who remains suspended at this time, should be suspended from the practice of law for a period of two years for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on her honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having determined that the term of suspension should be retroactive to the date of respondent's temporary suspension from practice;

And good cause appearing;

It is ORDERED that **FELICE F. MISCHEL** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective March 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and. that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.